IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CORNELIUS BARNES,              )
                               )
          Plaintiff,           )
                               )
     v.                        )    1:23-cv-1081
                               )
JAKAYLA Z. GIBSON, SEGARA,     )
RANSOM, and BULLARD,           )
                               )
          Defendants.          )
```

**ORDER**

On December 19, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4, 6.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed and is hereby **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $402.00 filing fee.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 26th day of March, 2024.

_____
United States District Judge